

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| see attachement | Civil Action No.  19-cv-1498-TWR-KSC |
| **Plaintiff,** | |
| V. | |
| see attachement | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendant's Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint (ECF No. 60) and DISMISSES WITH PREJUDICE Plaintiffs' Third Amended Class Action Complaint (ECF No. 53). Case Closed.

Date:     6/15/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ S. Andersen

S. Andersen, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 19-cv-1498-TWR-KSC

William Klaehn, on behalf of himself and all others similarly situated; Maria Cocchiarelli-Berger, on behalf of herself and all others similarly situated; Doreen Condit, on behalf of herself and all others similarly situated; Roland Gatchell, on behalf of himself and all others similarly situated; Mark Lonczak, on behalf of himself and all others similarly situated; Alan Mayse, on behalf of himself and all others similarly situated

(Plaintiff(s))

v.

Cali Bamboo LLC., a California Limited Liability Company; Does 1 through 200, inclusive